**Kevin A. HOPKINS, Plaintiff–Appellant,**

v.

**Phillip O. BICKHAM, Warden II, Texas Department of Criminal Justice—Institution Division; Latunja M. Jones, Case Manager III, Texas Department of Criminal Justice—Institution Division; Sonie Mangum, Practice Manager Texas Department of Criminal Justice—UTMB Division, Defendants–Appellees.**

No. 09–20237
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 22, 2009.

Kevin A. Hopkins, Beaumont, TX, pro se.

Marjolyn Carol Gardner, Assistant Attorney General, Office of the Attorney General, Law Enforcement Defense Div., Austin, TX, for Defendants–Appellees.

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Kevin A. Hopkins, Texas prisoner #1454932, has appealed the district court's interlocutory order denying his motion for appointment of counsel. Hopkins has not shown that this case presents exceptional circumstances and thus has not shown that the district court abused its discretion in refusing to appoint counsel. *See Cupit v. Jones,* 835 F.2d 82, 86 (5th Cir.1987); *Ulmer v. Chancellor,* 691 F.2d 209, 212–13 (5th Cir.1982). The district court's order is

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

